JUDGE CHIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 1 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA        :    INDICTMENT

    - v. -                     :    08 CRIM 742

JANETTE LIND,                   :

             Defendant.     :
- - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

From at least in or about July 2000, up to and including in or about July 2006, in the Southern District of New York, JANETTE LIND, the defendant, unlawfully, willfully, and knowingly, did embezzle, steal, purloin, and convert to her use and the use of another, and without authority, did sell, convey and dispose of money and things of value of the United States and a department and agency thereof, the Social Security Administration, and did receive, conceal, and retain the same with intent to convert it to her own use and gain, knowing it to have been embezzled, stolen, purloined and converted, to wit, LIND fraudulently obtained approximately $46,000 in benefits from the Social Security Administration Supplemental Security Income Program to which she was not entitled.

(Title 18, United States Code, Section 641.)

_____     _____
FOREPERSON                          MICHAEL J. GARCIA
                                           United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

JANETTE LIND

Defendant.

---

INDICTMENT

08 Cr.

(18 U.S.C. § 641)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Cynthia Carrasquillo*
Foreperson.